AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNTERS L. LOVE,

                Plaintiff,

                v.

JUDGE MARYANN MORENO, GEORGE W. GAGNON, III, KENNETH L. KNOX, and CAROL D. HUNEKEE,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-0569-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), except without prejudice to seeking appropriate post-conviction relief in the state courts, and upon exhaustion of those remedies, federal habeas relief.

February 20, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Sheila Parpolia

*(By) Deputy Clerk*

Sheila Parpolia